# HANSKI PARTNERS LLC

85 DELANCEY STREET
NEW YORK, NEW YORK 10002
PHONE: 212.248.7400

January 14, 2025

*Via ECF*
The Honorable Lorna G. Schofield
United States District Judge
United States District Court, SDNY
40 Foley Square
New York, New York 10007

Re:   *James Futrell v. W 54-7 LLC et al., Case No.1:24-Civ-09200 (LGS)*

Dear Judge Schofield:

We represent plaintiff James Futrell in the above-entitled action. We write to respectfully ask the Court to adjourn the January 22, 2025, telephonic initial pretrial conference by thirty (30) days because the defendants have not appeared in this action yet. For the same reason we also respectfully request that the Court adjourn the parties' deadline to file a proposed scheduling order and joint letter by a corresponding number of days.

Plaintiff effectuated service on defendants via the Secretary of State, on December 13, 2024[1], and defendants' time to Answer expired on January 3, 2025. Plaintiff is trying other means to obtain an appearance by the defendants. Accordingly, plaintiff asks that the conference and the deadline to file a proposed scheduling order and joint letter be adjourned by thirty (30) days in order for plaintiff to make further efforts to have the defendants appear in this action.

Thank you for your consideration of this application. With kindest regards, I am

very truly yours,

/s/
Robert G. Hanski, Esq.

Application **GRANTED.** The initial pretrial conference scheduled for January 22, 2025, is adjourned to **February 26, 2025, at 4:20pm**. The parties shall file the materials described at Dkt. No. 6 by **February 19, 2025**. If Plaintiff is not in communication with Defendants, no later than **February 19, 2025**, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to 30 days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendants and related papers as provided in the Court's Individual Rules.

Dated: January 15, 2025
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed the affidavits of service on January 14, 2025 (ECF Nos. 7 and 8).